**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CEI WASHINGTON BUREAU, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 03-2651 (RJL)** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 30, 2007, the parties hereby provide the following Joint Status Report:

1.      The United States Court of Appeals for the District of Columbia Circuit entered judgment on appeal in this action and remanded this case for further proceedings.  Doc. #23 (Jan. 31, 2007).

2.      On March 29, 2007, the parties filed a Joint Motion to Continue Status Conference in light of ongoing settlement negotiations.  Doc. #24.

3.      On March 29, 2007, the Court granted the Joint Motion and cancelled the scheduled status conference.

4.      On March 30, 2007, the Court ordered the parties to provide a Joint Status Report by April 30, 2007.

5.      The parties are still engaged in productive discussions that raise the possibility of

1

settling this matter without further litigation.

6.      Because these discussions could, if successful, lead to a settlement of this case and conserve the resources of the parties and the Court, the parties request additional time to continue these discussions.

7.      The parties are not aware of any prejudice to either party that would result from a stay.

8.      The parties agree to notify the Court of the results of their discussions immediately upon their conclusion.

9.      The parties also agree to advise the Court no later than Monday, May 21, 2007, whether the likelihood of settlement is sufficiently high to justify a further stay of proceedings to allow such discussions to conclude.

Dated: April 27, 2007                        Respectfully submitted,

                                             PETER D. KEISLER
                                             Assistant Attorney General

                                             JEFFREY A. TAYLOR
                                             United States Attorney

                                             ELIZABETH J. SHAPIRO (D.C. Bar 418925)
                                             Assistant Branch Director

_____/s/_____          _/s/_____
JONATHAN D. HART                       ERIC J. BEANE
D.C. Bar #404828                       AZ Bar #023092
Dow Lohnes PLLC                        Trial Attorney
1200 New Hampshire Ave., NW            U.S. Department of Justice
Suite 800                              Civil Division, Federal Programs Branch
Washington, DC 20036                   20 Massachusetts Ave., NW., Room 7124
Telephone: (202) 776-2000              Washington, DC 20001
Facsimile: (202) 776-2222              Telephone: (202) 616-2035
*Counsel for Plaintiff*                Fax: (202) 616-8470
                                       Eric.Beane@usdoj.gov

2

*Counsel for Defendant*