**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CEI WASHINGTON BUREAU, INC.,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **Civ. No. 03-2651 (RJL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties hereby provide the following Joint Status Report:

1. The United States Court of Appeals for the District of Columbia Circuit entered judgment on appeal in this action and remanded this case for further proceedings. Doc. #23 (Jan. 31, 2007).

2. On March 29, 2007, the parties filed a Joint Motion to Continue Status Conference in light of ongoing settlement negotiations. Doc. #24.

3. On March 29, 2007, the Court granted the Joint Motion and cancelled the scheduled status conference.

4. On March 30, 2007, the Court ordered the parties to provide a Joint Status Report by April 30, 2007.

5. On April 27, 2007, and again on May 21, 2007, June 12, 2007, and July 10, 2007, the parties informed the Court that productive settlement discussions continued.

6. The parties have now agreed on terms under which they anticipate that they will resolve this matter without further litigation.

7. Accordingly, subject to fulfillment by defendant Department of Justice of its obligations under a settlement agreement executed today by the parties, plaintiff CEI Washington Bureau, Inc. anticipates that it will voluntarily dismiss this action on or before October 15, 2007.

Dated: July 31, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER (D.C. Bar 297713)
Senior Trial Counsel

/s/
JONATHAN D. HART
D.C. Bar #404828
Dow Lohnes PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
JHart@dowlohnes.com
*Counsel for Plaintiff*

/s/
ERIC J. BEANE
AZ Bar #023092
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW., Room 7124
Washington, DC 20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov
*Counsel for Defendant*