**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CEI WASHINGTON BUREAU, INC.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE UNITED STATES DEPARTMENT  )<br>OF JUSTICE,  )<br>  )<br>Defendant.  )<br>  ) | Case Number 1:03CV02651 (RJL) |

**JOINT STIPULATION OF DISMISSAL**

It is hereby stipulated, by and through the undersigned counsel of record, that all claims of plaintiff CEI Washington Bureau, Inc. against defendant the United States Department of Justice in the above-entitled action will be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs, expenses, and attorney's fees.

DATED this 25th day of October, 2007.

| /s/ | /s/ |
|---|---|
| Jonathan D. Hart (D.C. Bar # 404828) | Eric J. Beane (AZ Bar # 023092) |
| DOW LOHNES PLLC | U.S. DEPARTMENT OF JUSTICE |
| 1200 New Hampshire Avenue, N.W. | 20 Massachusetts Avenue, N.W. |
| Suite 800 | Room 7124 |
| Washington, D.C. 20036 | Washington, D.C. 20530 |
| Telephone: (202) 776-2000 | Telephone: (202) 616-2035 |
| Facsimile: (202) 776-2222 | Facsimile: (202) 616-8470 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| CEI Washington Bureau, Inc. | United States Department of Justice |